NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3110

LINDA A. WILLIAMS,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Petition for review of the Merit Systems Protection Board in
PH0752080427-I-1.

ON MOTION

ORDER

Upon consideration of the Department of the Army's unopposed motion to suspend the briefing schedule pending the court's disposition of the Merit Systems Protection Board's motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Linda A. Williams
     Elizabeth A. Speck, Esq.
     Calvin Morrow, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 8 2009